No. 699. THOMPSON ET AL., INDEPENDENT EXECUTORS, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

*Messrs. Harry C. Weeks* and *Benjamin L. Bird* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Joseph M. Jones* for respondent.